UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RODNEY BARNES,

    Plaintiff,

                                                                    Case No. 19-cv-13222

v.                                                      Hon. Matthew F. Leitman

UNITED STATES,
OAKLAND COUNTY SHERIFFS DEPT,
ALL FEDERAL AGENTS (OFFICERS),
and THE WHOLE WORLD AND EVERYTHING,

    Defendants.
_____/

## **ORDER DISMISSING COMPLAINT (ECF No. 1) WITHOUT PREJUDICE**

Plaintiff Rodney Barnes is a state prisoner incarcerated at the Gus Harrison Correctional Facility in Adrian, Michigan. On November 1, 2019, Barnes filed a *pro se* civil rights complaint. (*See* Compl., ECF No. 1.) Barnes also filed one page of an application to proceed without prepaying the fees or costs for this action. (*See* Application, ECF No. 2.)

The application was unsigned and incomplete. Consequently, on November 6, 2019, United States Magistrate Judge R. Steven Whalen ordered Barnes to submit the filing fee of $350.00 and an administrative fee of $50.00 or a complete application to proceed without prepayment of the fees and costs for this action. (*See* Order of Deficiency, ECF No. 4.) That order explained that, if Barnes wished to proceed without prepayment of the filing fee, he needed to also file a certified trust account statement

1

and an affidavit of indigence. *See id*. The order also warned Barnes that failure to comply with the order within thirty days could result in the dismissal of his case for want of prosecution. *See id.*

On November 18, 2019, Barnes filed a handwritten note which stated that he was filing a certified trust account statement and an affidavit of indigence for his lawsuit. (*See* Document, ECF No. 5.) But there was no trust account statement or affidavit of indigence attached to that note.

On January 3, 2020, and on January 17, 2020, Barnes filed additional handwritten, one-page notes. The notes are difficult to read and understand. (*See* ECF Nos. 7 and 8.)

To date, Barnes has not paid the filing fee for this action. He also has not submitted a certified statement regarding his trust account with a signed and completed application to proceed without prepaying the fees and costs for this action. Accordingly, **IT IS ORDERED THAT** the Complaint (ECF No. 1.) is summarily **DISMISSED WITHOUT PREJUDICE** for want of prosecution. *See Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-33 (1962); *Mulbah v. Detroit Bd. of Educ.*, 261 F.3d 586, 589 (6th Cir. 2001); Fed. R. Civ. P. 41(b); LR 41.2.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 6, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 6, 2020, by electronic means and/or ordinary mail.

                                      s/Holly A. Monda  
                                      Case Manager  
                                      (810) 341-9764